April, 1810.

THE UNITED STATES *against* DANIEL FRINK.

<div style="float:right">

THE U. S.
v.
FRINK.

Where a witness in a public prosecution, having been summoned, and his fees tendered to him, refused to attend, the prosecutor moved to put off the trial in order to afford time for a *capias;* the court ruled, that the trial must proceed, unless the prosecutor would make affidavit that he could not, in his opinion, safely try the cause without the attendance of the witness.

</div>

THIS was an indictment similar to the one stated in the preceding case.

*Peleg Palmer*, of *Stonnington*, a witness in support of the indictment, was summoned last *September*, and his fees tendered. He now refused to attend.

The *District-Attorney* moved for a delay of the cause in order to afford time for a *capias*.

LIVINGSTON, J. said the trial must go on; and the party might apply for an attachment, or bring an action for damages. Such was the rule in *England*, and in *New-York*.

The *District-Attorney* stated that it was usual in *Connecticut* to delay a cause to afford time to bring in a witness.

EDWARDS, J. coming in, at this time, it was ruled by *The Court*, after a short consultation, that the trial must proceed, unless the *District-Attorney* would make affidavit that he could not, in his opinion, safely try the cause, without the attendance of *Palmer*. More witnesses are usually summoned than are necessary; and it would be unreasonable to put off a trial on account of the absence of a witness who was not essential, or who could state nothing further than other witnesses in court.

Motion denied.